Troy Luke BURKS, Plaintiff— Appellant,

v.

John PATE, Acting Warden; Betty E. Albritton, Disciplinary Hearing Officer; P. Felder, Unit Sergeant; South Carolina Department of Corrections, Defendants—Appellees.

No. 05–7321.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2006.

Decided April 28, 2006.

Troy Luke Burks, Appellant Pro Se. Isaac McDuffie Stone, III, Marshall Hodges Waldron, Jr., Carolina Litigation Associates, Bluffton, South Carolina, for Appellees.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Troy Luke Burks appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we

232

affirm for the reasons stated by the district court. *See Burks v. Pate,* No. CA–02–4014–3 (D.S.C. filed Aug. 8, 2005 & entered Aug. 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*